United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN WAYNE SWARTHOUT,

        Plaintiff,

    v.

MENDOCINO COUNTY SHERIFF'S OFFICE,

        Defendant.
                           /

No. C 15-1049 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed by a pro se inmate at the Mendocino County Jail. In the initial review order on June 12, 2015, the court found that plaintiff had failed to state a claim and dismissed the complaint and supplemental complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: July 23, 2015

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Swarthout049.dis.wpd